IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DEAN MARSHALL SPENCER,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>UTAH COUNTY SHERIFF et al.,<br><br>　　　　　　　Respondents. | **MEMORANDUM DECISION &<br>ORDER TO DISMISS**<br><br>Case No. 2:19-CV-642-DB<br><br>District Judge Dee Benson |

　　　　On May 4, 2020, the Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed based on failure to prosecute and to state a claim upon which relief may be granted, mootness, and frivolousness. (ECF No. 9, at 4.) Petitioner has not responded as required. Indeed, the last two items mailed to Petitioner by the Court (in January and May 2020) have been returned to sender, marked, "Out UNABLE TO FORWARD." (ECF Nos. 7 & 10.)

　　　　IT IS THEREFORE ORDERED that, based on failure to prosecute and to state a claim upon which relief may be granted, mootness, and frivolousness, this action is DISMISSED with prejudice.

　　　　DATED this 6th day of July, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE DEE BENSON
　　　　　　　　　　　　　　　　　　　United States District Court